MIE 1A
Revised 08\18

Order of the Court to Amend Conditions of
Supervision

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

       v.

Darion Jackson                                Crim. No.: 24-CR-20296

On 05/07/2025 the Court authorized the issuance of a supervised release summons based upon a violation petition citing violation of supervision.  The issue of the violation was heard in Court on 02/23/2026. DARION JACKSON pled guilty to the violation and sentencing was adjourned.  The Court removed the condition below.

  X   Guilty of violating conditions of supervision.

### SPECIAL CONDITION REMOVED:

**"The Person under supervision shall participate in the remote alcohol detection program for 90 days and shall abide by all technology requirements.  The person under supervision is to refrain from any use of alcoholic beverages.  The person under supervision shall follow all program rules and pay all or part of the costs of participation in the alcohol monitoring program, including equipment loss or damage, as directed by the Court and/or the officer."**

Respectfully submitted,

s/Alexis S. Thomas
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be adjourned. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 25th Day of February, 2026.

s/Matthew F. Leitman
Matthew Leitman
United States District Court Judge